IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-089-KDB-DCK

| | |
|---|---|
| ALAN KERLEY, individually, and as the Administrator of the Estate of PENNY KERLEY, <br><br> Plaintiff, <br><br> v. <br><br> ETHICON, INC. and JOHNSON & JOHNSON, <br><br> Defendants. | ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Whitney Jo Butcher, concerning Dana Lizik, on July 29, 2020. Dana Lizik seeks to appear as counsel *pro hac vice* for Plaintiff Alan Kerley, Individually and as Administrator of the Estate of Penny Kerley. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Dana Lizik is hereby admitted *pro hac vice* to represent Plaintiff Alan Kerley, Individually and as Administrator of the Estate of Penny Kerley.

Signed: July 31, 2020

David C. Keesler
United States Magistrate Judge